THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Marcus
 McClintock, Appellant.
 
 
 

Appeal From Spartanburg County
 Gordon G. Cooper, Master In Equity
Unpublished Opinion No. 2008-UP-094
Submitted February 1, 2008  Filed
 February 11, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., Legal Counsel, John Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Marcus
 McClintock appeals the revocation of his suspended sentence, arguing the trial
 court erred in revoking his suspended sentence because there was insufficient
 evidence to support a finding he violated the terms of his probation.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] McClintocks appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
ANDERSON, SHORT and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.